**2004–2111. Dayton Bar Assn. v. Addison.**
It is ordered by this court, sua sponte, that Clarence W. Addison II is found in contempt for failure to comply with this court's order of November 30, 2005, to wit: Failure to pay a civil penalty in the amount of $10,000.00 on or before December 30, 2005.

**2004–2145. Cleveland Bar Assn. v. Para–Legals, Inc.**
It is ordered by this court, sua sponte, that Para–Legals, Inc., et al., is found in contempt for failure to comply with this court's order of November 2, 2005, to wit: Failure to pay board costs in the amount of $395.90 on or before January 31, 2006.

**2004–2150. Ohio State Bar Assn. v. Allen.**
It is ordered by this court, sua sponte, that John Allen is found in contempt for failure to comply with this court's order of December 7, 2005, to wit: Failure to pay a civil penalty in the amount of $40,000.00 on or before January 6, 2006, and failure to pay board costs in the amount of $1,814.11 on or before March 7, 2006.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1693. State ex rel. Bray v. Hamilton Fixture Co.**
Franklin App. No. 05AP–821, 2006-Ohio-4459.